# EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

<table>
<tr><td>100 MOUNT HOLLY BYPASS, LLC, MILES TECHNOLOGIES, INC. AND CHRISTOPHER MILES,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><hr> <i>Plaintiff(s)</i> </td><td>)<br>)</td><td rowspan="2">Civil Action No.  2:20-cv-00856-TS</td></tr>
<tr><td> v. </td><td>)<br>)</td></tr>
<tr><td>AXOS BANK, GREGORY BARRABRANTS, BARRY GORDON, JR., KRISTIN PHILLIPS, JEFF PISTORIUS, TECH EQUIPMENT FINANCE, LLC, EVERETTE DORAND a/k/a LEIGH DORAND, et al.<hr> <i>Defendant(s)</i> </td><td>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Everette Dorand
aka Leigh Dorand
11700 W. Charleston Blvd, Suite 170-767
Las Vegas, NV 89135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Heidi G. Goebel, Sam Meziani          Edward T. Kang, Gregory H. Mathews
GOEBEL ANDERSON PC                   KANG HAGGERTY & FETBROYT LLC
405 So Main, Suite 200                123 S. Broad Street, Suite 1670
Salt Lake City, UT  84111             Philadelphia, PA 19109
801-441-9393                         215-525-5850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

D. Mark Jones

*CLERK OF COURT*

Date:      12/04/2020 _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:20-cv-00856-TS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____


_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

<table>
<tr><td>Print</td><td>Save As...</td><td>Reset</td></tr>
</table>

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Utah

Case Number: 2:20-CV-00856-TS

Plaintiff:
**100 MOUNT HOLLY BYPASS, LLC, MILES TECHNOLOGIES, INC. AND CHRISTOPHER MILES,**
vs.
Defendant:
**AXOS BANK, et al.,**

For:
Kang Haggerty & Fetbroyt LLC
123 South Broad Street
Suite 1670
Philadelphia, PA  19109

Received by Legal Express on the 8th day of December, 2020 at 4:59 pm to be served on **Everette Dorand aka Leigh Dorand, 11700 West Charleston Boulevard, Suite 170-767, Las Vegas, NV 89135**.

I, John Nicholson, being duly sworn, depose and say that on the **14th day of December, 2020** at **6:23 pm, I:**

**SERVED** by personally delivering a true copy of the **Summons in a Civil Action (Document 17), Complaint (Document 2), Exhibits (Document 2-1 through Document 2-37** to **Camilla Everett** as **Wife**, a person of suitable age and discretion residing at **Everette Dorand aka Leigh Dorand's** usual place of abode.

Said service was made at the address of: **12317 Fanwood Lane, Las Vegas, NV 89138**.

Affiant is, and was, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the proceeding in which this affidavit is made.

SIGNED and SWORN TO before me on the _16_
day of ___DEC___ _2020_ by the affiant who
is personally known to me.

_____
NOTARY PUBLIC

NOTARY PUBLIC
KODI COWLEY
STATE OF NEVADA · COUNTY OF CLARK
MY APPOINTMENT EXP. APRIL 29, 2023
No: 04-87799-1

_____
**John Nicholson**
Process Server

**Legal Express**
**Nevada License 999/999a**
**911 South 1st Street**
**Las Vegas, NV  89101**
**(702) 877-0200**
Our Job Serial Number: 2020000492
Ref: 2503-001
Service Fee: $336.25

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a