Heidi G. Goebel (10343)
Sam Meziani (9821)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, Utah 84111
Telephone: 801-441-9393
hgoebel@gapclaw.com
smeziani@gapclaw.com

Edward T. Kang (*Pro Hac Vice*)
Gregory H. Mathews (*Pro Hac Vice*)
Susan Moon O (*Pro Hac Vice*)
KANG HAGGERTY & FETBROYT LLC
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
Telephone: 215-525-5850
ekang@kanghaggerty.com
gmathews@kanghaggerty.com
so@kanghaggerty.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| 100 MOUNT HOLLY BYPASS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>AXOS BANK, *et al.*,<br><br>Defendants. | **NOTICE OF SETTLEMENT<br>IN RELATED CASE<br>AND<br>AGREEMENT NOT TO ARBITRATE**<br><br>Case No. 2:20-cv-00856-TS<br><br>Judge Ted Stewart |

Plaintiffs 100 Mount Holly Bypass, LLC ("Mt. Holly"), Miles Technologies, Inc. ("Miles Tech"), and Christopher Miles ("Miles") (collectively "Plaintiffs"), by and through their

undersigned counsel, file this Notice of Settlement in Related Case and Agreement Not to Arbitrate.

By this filing, Plaintiffs provide notice of a recent settlement agreement entered into between Plaintiffs and Defendants New Jersey Clean Energy Solutions, LLC d/b/a Solar Experts and David Widi, Sr. (collectively, "Solar Experts"), and Defendant Axos Bank ("Axos") in New Jersey state court.  A fully executed copy of the Settlement Agreement is attached hereto as Exhibit A.

By the Settlement Agreement, Solar Experts agreed not to bring any claim in arbitration against Plaintiffs:  "*Any such claims that Solar Experts has or may have had against the other Parties to this Agreement, if asserted, shall not be brought in arbitration*." (Ex. A, p. 3).   The Settlement Agreement concerns arguments made by Solar Experts in this case relating to arbitration.  See (Dkt. Nos. 46, 63).

Solar Experts also agreed to dismiss without prejudice their third party complaint against Axos and Miles filed in the Middlesex County (New Jersey) action referenced in Paragraphs 121-122 of the Amended Complaint and not refile any such claim until after resolution of this Utah action. In addition, Plaintiffs and Solar Experts (and Axos) agreed to request a stay of their respective claims asserted in a separate Burlington County (New Jersey) action (*New Jersey Clean Energy Solutions, LLC v. 100 Mt. Holly Bypass, LLC et al.*, Docket No. BUR-L-000502-21), by filing a Joint Motion to Stay that provides:

> … the parties are engaged in a related lawsuit pending in the United States District Court, District of Utah, captioned as *100 Mount Holly Bypass, LLC et al. v. Axos Bank et al.*, Case No. 2:20-cv-00856-TS-CMR (the "Utah Action"), and resolution of the Utah Action may resolve the claims and cross-claims raised in this matter.  If the

       claims and cross-claims raised in this matter are not resolved through the Utah Action or by some other method, the parties shall jointly inform the Court and request a status conference to determine case-related deadlines.

*See* Settlement Agreement, Ex. A, Joint Motion to Stay at Tab 3.

      DATED: June 17, 2021

                                GOEBEL ANDERSON PC

                                */s/ Sam Meziani*
                                Heidi G. Goebel
                                Sam Meziani
                                *Attorneys for Plaintiffs*

                                KANG HAGGERTY & FETBROYT LLC

                                */s/ Gregory H. Mathews*
                                Edward T. Kang (*Pro Hac Vice*)
                                Gregory H. Mathews (*Pro Hac Vice*)
                                Susan Moon O (*Pro Hac Vice*)
                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Sam Meziani, hereby certify that on this 17th day of June, 2021, a true and correct copy of the Notice of Settlement and Agreement Not to Arbitrate has been electronically filed as of this date and can be viewed and/or downloaded through the ECF system maintained by the Clerk of the United States District Court for the District of Utah. The following have been served via ECF Notification:

James D. Gilson, Esq.
Lydon R. Bradshaw, Esq.
Timothy O. Hemming, Esq.
Cole P. Crowther, Esq.
DENTONS DURHAM JONES PINEGAR, P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
*Attorneys for Defendants Axos Bank, Gregory Garrabrants, Barry Gordon, Jr., Kristen Phillips, and Jeff Pistorius*

Robert T. Spjute, Esq.
SHUMWAY VAN
8 East Broadway, Suite 550
Salt Lake City, Utah 84111
*Attorneys for Defendants David Widi Sr., David Widi, Jr., and New Jersey Clean Energy Solutions, LLC*

Sean N. Egan
South Temple Tower – Suite 1505
136 East South Temple
Salt Lake City, Utah 84111
*Attorney for Defendants Everette Dorand and Tech Equipment Finance, LLC*

By: */s/ Sam Meziani*
Sam Meziani