# EXHIBIT 2

## SCHEDULE A

This Schedule A is made as of the date noted below between **AXOS BANK** ("Lessor") and **TECH EQUIPMENT FINANCE LLC** ("Broker"). The terms and conditions of the Master Broker Agreement ("Agreement") dated November 15, 2019, are incorporated herein by reference. Capitalized terms used herein shall have the meanings ascribed to them in this Schedule A or in the Agreement. This Schedule A constitutes a separate agreement between Lessor and Broker (subject to the terms detailed in the Agreement) identifying the potential referral of a transaction under a new, or previously referred lessee, and evidences the rights and obligations of the relevant signatories below.

Schedule specifics:

Lessee: **MILES TECHNOLOGIES, INC** (as "Co-Lessee") and **100 MT HOLLY BYPASS LLC** (as "Co-Lessee") (Co-Lessees hereinafter referred to collectively as the "Lessee")

Master Lease Agreement No. AX1563 dated November 15, 2019

Lease Schedule No. 001 dated November 15, 2019

Broker Fee: One and one half percent (1.5%) of Lessor's final Property cost

IN WITNESS WHEREOF the parties have executed this Schedule A on _____, 2019.

LESSOR:

**AXOS BANK**

BY: _____
     Kristen Phillips
TITLE: Vice President

BROKER:

**TECH EQUIPMENT FINANCE LLC**

BY: _____

TITLE: _____