**Sean N. Egan (# 7191)**
seannegan@sneganlaw.com
South Temple Tower – Suite 1505
136 East South Temple
Salt Lake City, Utah   84111-1152
Telephone:   (801) 363-5181

   *Attorney for Leigh Everett Dorand and*
   *Tech Equipment Finance, LLC*

### IN THE UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF UTAH

| | |
|---|---|
| 100 MOUNT HOLLY BYPASS, LLC; MILES TECHNOLOGIES, INC. AND CHRISTOPHER MILES,<br><br>   Plaintiffs,<br><br>   vs.<br><br>AXOS BANK; GREGORY BARRABRANTS; BARRY GORDON, JR.; KRISTEN PHILLIPS; JEFF PISTORIUS; TECH EQUIPMENT FINANCE, LLC; EVERETT DORAND aka LEIGH DORAND, et al.,<br><br>   Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br><br>Case No. 2:20-CV-00856-TS<br><br>Honorable Ted Stewart |

   IT IS HEREBY ORDERED that the Crossclaim of defendant Tech Equipment Finance, LLC and Everett Leigh Dorand against Axos Bank is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 12th day of October, 2021.

BY THE COURT:

_____
Ted Stewart
United States District Judge

**APPROVED AS TO FORM:**

**RAY QUINNEY & NEBEKER, PC**


By_____/s/ Gregory S. Roberts_____
    *Signed by Sean N. Egan with email*
    *permission of Gregory S. Roberts*
    *Counsel for Defendant Axos Bank*