# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| 100 MOUNT HOLLY BYPASS, LLC, MILES TECHNOLOGIES, INC. AND CHRISTOPHER MILES,<br><br>    Plaintiffs,<br><br>v.<br><br>AXOS BANK, GREGORY GARRABRANTS, BARRY G ORDON, JR., KRISTEN PHILLIPS, JEFF PISTORIUS, TECH EQUIPMENT FINANCE, LLC, EVERETTE DORAND A/K/A LEIGH DORAND, NEW JERSEY CLEAN ENERGY SOLUTIONS, LLC D/B/A SOLAR EXPERTS, DAVID J. WIDI, SR. AND DAVID WIDI, JR.,<br><br>    Defendants. | **AMENDED SCHEDULING ORDER**<br><br>Case No. 2:20-cv-00856-TS-CMR<br><br>Judge Ted Stewart<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Revised Stipulated Motion for Amended Scheduling Order (Motion) (ECF 105), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the Scheduling Order (ECF 74) is amended as follows. In light of the court's ruling, the court hereby DENIES the parties' Stipulated Motion for Amended Scheduling Order (ECF 103) as MOOT.

- Last Day to Serve Written Discovery: July 11, 2022;

- Close of Fact Discovery: September 30, 2022;

- Expert Disclosures for party bearing the burden of proof: October 17, 2022

- Expert Counter Disclosures: November 1, 2022;

- Expert Report for party bearing the burden of proof: November 21, 2022

- Counter Expert Report: December 19, 2022;

- Last Day for Expert Discovery: January 27, 2023;

- Deadline for filing Dispositive or potentially dispositive motions: March 6, 2023

- Deadline for filing partial or complete motions to exclude expert testimony: March 6, 2023;

| | TRIAL AND PREPARATION FOR TRIAL | TIME | DATE |
|---|---|---|---|
| a. | Rule 26(a)(3) Pretrial Disclosures[1] | | |
| | Plaintiff | | 06/16/2023 |
| | Defendant | | 06/30/2023 |
| b. | Objections to Rule 26(a)(3) Disclosures (if different than 14 days provided in Rule) | | 00/00/00 |
| c. | Special Attorney Conference[2] on or before | | 07/14/2023 |
| d. | Settlement Conference[3] on or before | | 07/14/2023 |

---

[1] The Parties must disclose and exchange any demonstrative exhibits or animations with the 26(a)(3) disclosures.

[2] The Special Attorneys Conference does not involve the Court. Counsel will agree on voir dire questions, jury instructions, a pre-trial order and discuss the presentation of the case. The parties should schedule witnesses to avoid gaps and disruptions. The parties should mark exhibits in a way that does not result in duplication of documents. The pre-trial order should include any special equipment or courtroom arrangement requirements.

[3] The Settlement Conference does not involve the Court unless the Court enters a separate order. Counsel must ensure that a person or representative with full settlement authority or otherwise authorized to make decisions regarding settlement is available in person or by telephone during the Settlement Conference.

| | | | | |
|---|---|---|---|---|
| e. | Final Pretrial Conference | | 2:30 p.m. | 07/31/2023 |
| f. | Trial | Length | | |
| | i. Bench Trial | N/A | __:__ _.m. | 00/00/00 |
| | ii. Jury Trial | 10 days | 8:30 a.m. | 08/14/2023 |

DATED this 7 June 2022.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah