AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

100 MOUNT HOLLY BYPASS, et al.

        Plaintiffs,             **JUDGMENT IN A CIVIL CASE**

v.

AXOS BANK, et al.             Case Number: 2:20-cv-856

        Defendants

IT IS ORDERED AND ADJUDGED

Judgment on the remaining claims against Defendant New Jersey Clean Energy Solutions, LLC is entered in favor of Plaintiffs and against New Jersey Clean Energy Solutions, LLC in the amount of $4,981,957.00.

January 27, 2025             BY THE COURT:

Date

                                                   Ted Stewart

United States District Judge